# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LETTUCE ENTERTAIN YOU ENTERPRISES, INC.,**

      **Plaintiff,**

v.                                                 Case No:   6:12-cv-1556-Orl-22KRS

**TALK OF THE TOWN RESTAURANTS, INC. and RON WOODSBY,**

      **Defendants.**

## NOTICE TO THE PARTIES REGARDING EXHIBIT DISPOSAL

The records indicate that the Clerk's Office is in possession of various exhibits used during the trial ending April 1, 2014.   See Exhibit List filed at Doc. 104.

Pursuant to Local Rule 5.04 or where applicable Local Rule 5.05 you are notified that you have thirty (30) days in which to contact the Courtroom Deputy Lisa Maurey at 407-835-4286 to arrange for the removal of the exhibits from the custody of the Clerk's Office or the exhibits will be disposed of, or destroyed, as permitted by Local Rule. 5.04.

**Please bring a copy of this notice when picking up exhibits.**

October 26, 2016                             SHERYL L. LOESCH, CLERK
                                                  United States District Court

                                                    By: s/Lisa Maurey, Courtroom Deputy Clerk